UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Caridad Versalles,<br><br>         Plaintiff,<br><br>v.<br><br>Ocwen Loan Servicing, LLC,<br><br>         Defendant. | Court No.: 0:18-cv-01383-JNE-HB<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

   IT IS HEREBY STIPULATED AND AGREED by Plaintiff, Caridad Versalles ("Plaintiff") and Defendant, OCWEN LOAN SERVICING, LLC ("Defendant") (jointly the "Parties"), through their respective undersigned attorneys, that the above-entitled action by Plaintiff is hereby dismissed with prejudice, without costs, disbursements or attorneys' fees to any party, and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated:  October 23, 2018          HYDE & SWIGART

                                  By:   */s Anthony Chester*
                                        Anthony P. Chester (P77933)
                                        HYDE & SWIGART
                                        120 South 6th Street, Suite 2050
                                        Minneapolis, MN 55402
                                        Telephone:  (952) 225-5333
                                        Email: tony@westcoastlitigation.com

Dated:  October 23, 2018            HINSHAW & CULBERTSON LLP

By:     */s M. Annie Santos*
        Hinshaw & Culbertson LLP
        333 South Seventh Street, Suite 2000
        Minneapolis, MN, 55402
        Tel: 612-334-2540
        Fax: 612-334-8888
        Email: ASantos@hinshawlaw.com