UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Caridad Versalles,                           Civil No. 18-1383 (JNE/HB)

    Plaintiff,

v.                                           ORDER

Ocwen Loan Servicing, LLC,

    Defendant.

On October 23, 2018, the parties filed a joint Stipulation of Dismissal with Prejudice [Dkt. No. 21]. Based on the stipulation, this action is dismissed with prejudice, without taxation of costs or attorney fees to any party.

IT IS SO ORDERED.

Dated: October 24, 2018

                                                                     s/ Joan N. Ericksen
                                                                     JOAN N. ERICKSEN
                                                                     United States District Judge